JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAMONT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES B. HICKS.,<br><br>　　　　　Defendant. | Case No. 5:23-cv-02542-SSS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 18, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Sunshine S. Sykes
　　　　　　　　　　　　　　　　　　　　United States District Judge